MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6730
    FAX:  (415) 436-7169
    e-mail:  Melanie.Proctor@usdoj.gov

Attorneys for Defendants

RAJAN AWALE, Pro Se
AMINA AWALE, Pro Se

    31074 Brae Burn Avenue, D8
    Hayward, California 94544
    Telephone:  (510) 862-2074

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RAJAN AWALE and AMINA AWALE, | ) | No. C 09-5481 JF |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **JOINT MOTION TO DISMISS;** ~~**PROPOSED**~~ **ORDER** |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al., | ) | |
| Defendants. | ) | |

    Plaintiffs, Pro Se, and Defendants, by and through their attorneys of record, hereby move the Court to dismiss of the above-entitled action in light of the fact that on May 12, 2010, U.S. Citizenship and Immigration Services adjudicated Plaintiffs' asylum applications. Accordingly, the case is moot. The parties further request the Court to vacate the status conference scheduled for April 15, 2011.

///

///

JOINT MOTION TO DISMISS
No. C 09-5481 JF

The parties shall bear their own costs and fees.

Dated: April 5, 2011                                    Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney


                                                        _____/s/_____
                                                        MELANIE L. PROCTOR[1]
                                                        Assistant United States Attorney

Dated: April 4, 2011

                                                        _____/s/_____
                                                        RAJAN AWALE
                                                        Pro Se

Dated: April 4, 2011

                                                        _____/s/_____
                                                        AMINA AWALE
                                                        Pro Se

### PROPOSED ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED. This action is hereby DISMISSED. The status conference scheduled for April 15, 2011 is hereby VACATED. The parties shall bear their own costs and fees. The clerk shall close the file.

Dated: 4/11/11

                                                        _____
                                                        JEREMY FOGEL
                                                        United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION TO DISMISS
No. C 09-5481 JF                           2